No. 308, Misc.  RHEIM *v.* MURPHY, WARDEN. Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.

No. 310, Misc.  WRIGHT *v.* INDIANA. Circuit Court of St. Joseph County, Indiana.  Certiorari denied.

No. 314, Misc.  LAMBERT *v.* DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY.  Supreme Court of Washington.  Certiorari denied.

No. 316, Misc.  BAERCHUS *v.* DAY, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 318, Misc.  LAMB *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District.  Certiorari denied. *Morris Lavine* for petitioner. *Edmund G. Brown,* Attorney General of California, *Frank J. Mackin,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 319, Misc.  UNITED STATES EX REL. HELLINGER *v.* DAY, WARDEN.  Supreme Court of Pennsylvania, Eastern District.  Certiorari denied.

No. 322, Misc.  CAVINESS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 325, Misc.  HOLLOWAY *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.